UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLIFFORD J. CHURCH, *individually and on behalf of those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTO, INC. d/b/a EOS CCA; US ASSET MANAGEMENT, INC.; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:20-cv-03523-KM-ESK<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendant has not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

|  |  |
|---|---|
|  | KIM LAW FIRM LLC<br>Attorneys for Plaintiff<br><br>*s/Yongmoon Kim* |
| DATED: April 20, 2021 | Yongmoon Kim |
|  | SO ORDERED:<br><br>/s/ Kevin McNulty |
| DATED: April 21, 2021 | Kevin McNulty, U.S.D.J. |